WR-81,346-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/5/2015 5:33:17 PM
Accepted 2/6/2015 9:21:23 AM
ABEL ACOSTA
CLERK

**RICHARD E. WETZEL**
ATTORNEY AT LAW

1411 WEST AVENUE, SUITE 100
AUSTIN, TX 78701
(512) 469-7943

Board Certified Criminal Law
And Criminal Appellate Law by
The Texas Board of Legal Specialization

(512) 474-5594 - fax
wetzel_law @ETC-West.com
www.TexasCriminalAppealsLawyer.com

February 5, 2015

Gayle Henderson
District Clerk
400 S. Nelson
Fort Stockton, TX
79735-7132

Re: Ex parte Ernest Villanueva, No. P-2664-83-CR, in the 83rd
District Court of Pecos County and WR-81,346-01 in the Texas Court
of Criminal Appeals

Dear Clerk Henderson:

Pursuant to TEX. R. APP. P. 34.5(c)(1), this letter will serve as my official request for you to prepare and file a supplemental Clerk's Record in the above-styled and numbered cause. The Clerk's Record previously filed does not contain a copy of the affidavit of trial counsel, H. Thomas Hirsch, filed in Pecos County on August 12, 2014. Please forward the supplement to the Court of Criminal Appeals in Austin and send a copy to me as well.

Thank you for your attention to this matter.

Sincerely,

/s/Richard E. Wetzel
Richard E. Wetzel
Attorney at Law

cc: Court of Criminal Appeals
Rod Ponton